(COB #215MER voreliefstay)(07/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Michael E. Romero

In re:

    Donald William Welsh
    Janice Lee Perizzolo

Debtor(s)

Case No.:  09−27827−MER
Chapter:   7

SSN/TID Nos.   xxx−xx−5375
              xxx−xx−1240

## ORDER GRANTING RELIEF FROM STAY WITH RESPECT TO PROPERTY

A motion for relief from stay, Document No.11 ,("Motion"), has been filed in the above captioned case by US Bank, NA ("Movant"). Movant gave notice of the Motion in accordance with L.B.R. 401 and no response was filed. Accordingly, it is

ORDERED that relief from stay is GRANTED to the Movant to exercise its rights and remedies under state law, regarding the following described property:

    571 Camp Eden Road, Golden, CO 80403

IT IS FURTHER ORDERED that Movant may attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.

Dated:  11/18/09

BY THE COURT:
s/ Michael E. Romero
United States Bankruptcy Judge